

2002 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-10-2002

# Sypniewski v. Warren Hills

Precedential or Non-Precedential: Non-Precedential

Docket No. 01-3542

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2002

Recommended Citation

"Sypniewski v. Warren Hills" (2002). *2002 Decisions.* Paper 646.
http://digitalcommons.law.villanova.edu/thirdcircuit_2002/646

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2002 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 01-3542
_____

THOMAS SYPNIEWSKI, JR.;
MATTHEW SYPNIEWSKI; BRIAN SYPNIEWSKI

v.

WARREN HILLS REGIONAL BOARD OF EDUCATION;
PETER MERLUZZI, in his personal and official capacity as
Superintendent of the Warren Hills Regional Board of Education;
BETH GODETT, in her personal and official capacity as
Principal of the Warren Hills Regional High School;
RONALD GRIFFITH; PHILLIP CHALUPA,
in their personal and official capacity as
Vice Principals of Warren Hills Regional High School;
ELIZABETH AMES; MARCY MATLOSZ; RAY BUSCH;
SUYLING HEURICH; JAMES T. MOMARY; NANCY FALLEN;
WILLIAM MILLER; BRADLEY BRESLIN; SCOTT SCHANTZENBACH,
in their official capacity as members of the Warren Hills Regional Board of Education

Matthew Sypniewski; Brian Sypniewski,

Appellants

_____

On Appeal from the United States District Court
for the District of New Jersey
D.C. Civil Action No. 01-cv-03061
(Honorable Mary Little Cooper)

_____

Before:  SCIRICA and ROSENN, <u>Circuit</u> <u>Judges</u>, and WARD, <u>District</u> <u>Judge</u>*

_____

*The Honorable Robert J. Ward, United States District Judge for the Southern District
of New York, sitting by designation.

---

## ORDER AMENDING SLIP OPINION

---

The slip opinion in the above case is hereby amended as follows:

1.      On page 41, line 2, change "Part IV" to "Part III."

2.      On page 41, the last paragraph, line 3, change "Less" to "Fewer."

3.      On page 45, the first full paragraph, line 6, change "has" to "have."

4.      On page 45, the first full paragraph, line15, change "schools's" to "school's."

5.      On page 48, footnote 29, line 1, add "that" before "[m]any."

6.      On page 51, the first full paragraph, line 8, add a comma after "much more."

BY THE COURT:


 /s/ Max Rosenn
Circuit Judge

Dated:  October 10, 2002